**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIAM C. COOK, ADC #164607                                                                    PLAINTIFF

v.                                        5:16CV00307-BSM-JJV

GREG BOLIN, Chief Administrator,
Dub Brassell Adult Detention Center; *et al.*                                            DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to Chief United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

1

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff, William C. Cook, an inmate at the W. C. "Dub" Brassell Adult Detention Center, filed his Complaint (Doc No. 1) *pro se* pursuant to 42 U.S.C. § 1983, without payment of the filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit.

In an Order dated October 19, 2016 (Doc. No. 2), the Court notified Mr. Cook that he had thirty days to pay his $400 filing fee or submit an Application to Proceed Without Prepayment of Fees and Affidavit. That Order and all mail sent to Plaintiff since September 28, 2016, has been returned undeliverable (Doc. Nos. 3, 5-7). An Order dated October 25, 2016, warned Plaintiff to update his address pursuant to Local Rule 5.5(c)(2) within thirty days or his Complaint would be dismissed (Doc. No. 4).

Because Plaintiff has failed to respond to the Court's Orders, the Court recommends dismissal of this cause of action without prejudice.

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint be DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).

DATED this 28th day of November, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE