# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WILLIAM C. COOK,**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #164607**

**v.**　　　　　　　　　　**CASE NO. 5:16CV00307 BSM**

**GREG BOLIN, et al.**　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 8] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff William Cook's complaint [Doc. No. 1] is dismissed without prejudice. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 16th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE